## (May 21, 1945.)

In the Matter of ARCHIE N. MASLOW, an Attorney. BROOKLYN BAR ASSOCIATION.— Motion by the Brooklyn Bar Association for an order under subdivision 3 of section 88 of the Judiciary Law disbarring an attorney and counselor at law. Motion denied, without prejudice to such proceeding to discipline the attorney as may be instituted under the provisions of subdivision 2 of section 88 of the Judiciary Law. (*Matter of Donegan,* 282 N. Y. 285, 287.) Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

FRANK T. KLEIGER, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

HERMAN LUKE et al., Respondents, v. VICTOR POLSTEIN et al., Appellants, et al., Defendants. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 921.]

JOSEPH MIZEREK, Appellant, v. MARGARET JOHNSON, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JOHNSON, Appellant.— Motion for reargument denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See *ante,* p. 705.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK McDERMOTT, Appellant.— Motion for reargument denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See *ante,* p. 705.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MORRISON, Appellant.— Motion to enlarge time and for other relief denied. On the court's own motion, the appeal is dismissed. The order is not appealable. (*People* v. *Gersewitz,* 294 N. Y. 163.) Motion to vacate order of this court dated May 18, 1942 (264 App. Div. 789), denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

JOSEPH M. ROMAN, Doing Business under the Name of ROMAN-CASWELL Co., Respondent, v. ALEX AUGUSTIN et al., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.